

# Fourth Court of Appeals
## San Antonio, Texas

October 22, 2015

No. 04-15-00616-CV

Alice **IRVING**,
Appellant

v.

**CHURCH OF CHRIST BOERNE, TEXAS** a/k/a Boerne Church of Christ,
Appellee

From the County Court at Law, Kendall County, Texas
Trial Court No. 14-049-CCL
Honorable Will R. Palmer, Jr., Judge Presiding

# O R D E R

The court reporter responsible for preparing the reporter's record for this appeal has filed a notification of late record, stating that the reporter's record has not been filed because appellant has failed to request the record in writing. It is therefore ORDERED that appellant provide written proof to this court within ten days of the date of this order that the appellant has requested the court reporter to prepare the reporter's record, which request must designate the portions of the proceedings and the exhibits to be included. *See* TEX. R. APP. P. 34.6(b)(1). The reporter's record must be filed no later than ten days after the date appellant's written proof is filed with this court.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of October, 2015.

_____
Keith E. Hottle
Clerk of Court